D. J. AARON v. THE PIONEER LUMBER COMPANY.

*Service of Summons on Corporation.*

To make service of process on a corporation a copy of the same must be left with the officer of the company to whom it is delivered or read, as provided by sections 217 and 840 (Rule XV) of *The Code.*

This was a CIVIL ACTION, brought before a Justice of the Peace, for the recovery of $200 due by note from the defendant to the plaintiff. The Constable in the township in which the defendant company had its principal place of business, and where its officers all resided, served the summons by handing it to the President and Secretary and

Treasurer of the defendant company, which was read by them and returned to the Constable. These were the only officers of the company. There was no copy of the summons left with any officer or other person representing the company. On the return day of the summons the defendant did not appear, and on the hearing the Justice rendered judgment against the defendant and in favor of the plaintiff for the sum of $200 and costs.

Two days after the rendition of the judgment the defendant, upon affidavit and notice to the plaintiff, moved the Justice who rendered the judgment to set aside said judgment on the ground that there had been no service of the summons. On the hearing of said motion the Justice refused to set aside the judgment, and the defendant appealed to the Superior Court, at the November Term, 1892, of which, Bryan, Judge, reversed the decision of the Justice and set aside the judgment on the ground that there had been no service of the summons on the defendant, and rendered judgment against the plaintiff for costs. From which judgment and rulings the plaintiff appealed to the Supreme Court.

*Mr. W. C. Munroe*, for plaintiff (appellant).
*Mr. W. R. Allen*, for defendant.

PER CURIAM: No copy of the summons having been delivered to the officer of the defendant corporation upon whom the Constable attempted to make service of that process, no proper service was made, for *The Code*, §217, provides that service of a summons on a corporation must be by delivering a copy, and by section 840 (Rule XV) this applies to the service of process issued from Justice's Courts.

Affirmed.                                    No Error.